UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAE and YUNG CHON, | No. 2:10-cv-00509-MCE-KJN |
| Plaintiffs, | |
| v. | MEMORANDUM AND ORDER |
| DOWNEY SAVINGS and LOAN, et al., | |
| Defendants. | |

----oo0oo----

Presently before the Court is Defendant Central Mortgage Company's ("Defendant") Motion to Dismiss the Second Amended Complaint of Plaintiffs Chae and Yung Chon ("Plaintiffs") for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).  As a matter of background, Defendant removed this action from the Superior Court of the State of California, County of Sacramento based upon federal question jurisdiction.  However, Plaintiffs' Second Amended Complaint contains no federal causes of action.
///

1 | Plaintiffs' claims presently dismissed and not re-pled, the
2 | Court declines to exercise supplemental jurisdiction over the
3 | remaining state causes of action.  Therefore, pursuant to
4 | 28 U.S.C. § 1447(c), the Court remands the case to Superior Court
5 | of the State of California, County of Sacramento.  Defendant's
6 | Motion to Dismiss (ECF No. 26) is DENIED as moot.[1]  The Clerk is
7 | directed to close the case.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court deemed this matter suitable for decision without oral argument.  E.D. Cal. Local Rule 230 (g).

2